EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

|  |  |  |
|---|---|---|
| WING CHAN NGAI, HO NGAI AND KENNY NGAI , | ) ) | Case No.: C 03-03195 RMW |
|  | ) | **STIPULATION FOR DISMISSAL WITH** |
| Plaintiffs, | ) ) | **PREJUDICE OF DEFENDANT OLIN** |
|  | ) | **CORPORATION BY PLAINTIFFS** |
| v. | ) | **WING CHAN NGAI, HO NGAI AND** |
|  | ) | **KENNY NGAI** |
| OLIN CORPORATION, et al., | ) ) |  |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Wing Chan Ngai, Ho Ngai and Kenny

Ngai   and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R.

Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs

1  Wing Chan Ngai, Ho Ngai and Kenny Ngai   as to defendant Olin Corporation. All parties

2  to bear their own costs and legal fees incurred to date in this action.

3  Dated: _____ 8/4/05 _____

4

5                                    Respectfully submitted,

6

7                                    ALEXANDER, HAWES & AUDET, LLP

8                                    By: _____

9                                        RICHARD D ALEXANDER, Cal. Bar #48432
                                         JEFFREY W/ RICKARD, Cal. Bar #125180
10                                       RYAN M. HAGAN, Cal Bar #200850
                                         152 North Third Street, Suite 600
11                                       San Jose, CA 95112
                                         Telephone:  (408) 289-1776
12                                       Facsimile:  (408) 287-1776

13                                   Attorneys for Plaintiffs Wing Chan Ngai, Ho Ngai and
                                     Kenny Ngai
14

15                                   HUSCH & EPPENBERGER, LLC

16

17                                   By: _____ /s/ Carol A. Rutter _____
                                         THOMAS M. CARNEY, admitted *pro hac vice*
18                                       CAROL A. RUTTER, admitted *pro hac vice*
                                         190 Carondelet Plaza, Suite 600
19                                       St. Louis, MO 63105-3441
                                         Telephone:  (314) 480-1500
20                                       Facsimile:  (314) 480-1505

21                                       RANDALL C. CREECH, Cal. Bar #65542
                                         CREECH, LIEBOW & KRAUS
22                                       333 West San Carlos Street
                                         Suite 1600
23                                       San Jose, CA 95110
                                         Telephone:  (408) 993-9911
24                                       Facsimile:  (408) 993-1335

25                                   Attorneys for Defendant Olin Corporation

26

27

28

2058253.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Wing Chan Ngai, Ho Ngai and Kenny Ngai   - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| WING CHAN NGAI, HO NGAI AND KENNY NGAI , | ) Case No.: C 03-03195 RMW |
| | ) |
| Plaintiffs, | ) **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS WING CHAN NGAI, HO NGAI AND KENNY NGAI** |
| v. | ) |
| | ) |
| OLIN CORPORATION, et al., | ) |
| Defendants. | ) |

THIS MATTER coming on the motion of Plaintiffs Wing Chan Ngai, Ho Ngai and Kenny Ngai   and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Wing Chan Ngai, Ho Ngai and Kenny Ngai   's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005   _Ronald M. Whyte_

2058253.01

Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Wing Chan Ngai, Ho Ngai and Kenny Ngai   - 3